**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Juan Velazque Castellanos,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No.: 2:26-cv-02563-JAD-DJA

**Order Granting Petitioner's Motions to Enforce and to Extend Time**

[ECF Nos. 6, 8, 11]

Petitioner Juan Velazque Castellanos filed a pro se petition for habeas corpus on August 17, 2026, seeking release from immigration custody.[1] I appointed the Federal Public Defender (FPD) as counsel, directed petitioner to file an amended petition, ordered the respondents to produce various immigration documents and a notice indicating whether the petitioner was a member of a class action pending in this district, and prohibited the petitioner's transfer out of this district except to effectuate his lawful removal.[2] The respondents missed each of the deadlines set by the court, and on August 26, 2026, the FPD moved to enforce the court's order.[3] The FPD argues that, in addition to failing to comply with the court's document-production order, it appears that the respondents also transferred the petitioner to a detention facility in Texas.[4] On September 1, 2026, the FPD filed a second motion to enforce, noting that counsel for the respondents had yet to appear in this case and still haven't complied with the court's order.[5]

[1] ECF Nos. 1, 4.

[2] ECF No. 3.

[3] ECF No. 6.

[4] *Id.*

[5] ECF No. 8.

Respondents' counsel finally appeared later that day, but he still hasn't filed anything in this case.

IT IS ORDERED that the petitioner's motions to enforce **[ECF Nos. 6, 8] are GRANTED. The federal respondents are ordered to SHOW CAUSE by October 2, 2026, why they should not be held in violation of this court's August 19, 2026, order (ECF No. 3). In their show-cause response, the respondents must provide the following information, with supporting documentation:**

- The dates and locations in which the petitioner has been held in immigration custody, including at Nevada Southern Detention Center (NSDC);
- The date on which the petitioner was removed from this district, and the reason he was removed;
- Whether the petitioner has been deported, and if so, when and where he was deported to;
- The petitioner's current whereabouts, in the event that he has not been deported;
- The date on which the petitioner's in forma pauperis request and petition for habeas corpus (ECF No. 1) was received for mailing by staff at NSDC, and the date on which they were mailed to this court.

**The respondents must also file all of the immigration records required by the court's August 19, 2026, order (ECF No. 3 at 3).**

IT IS FURTHER ORDERED that the petitioner's motion to extend time to file an amended habeas petition **[ECF No. 11] is GRANTED. The amended petition is due on October 25, 2026.**

U.S. District Judge Jennifer A. Dorsey
September 25, 2026